No. 01–896. Ford Motor Co. et al. v. McCauley et al. C. A. 9th Cir. [Certiorari granted, 534 U. S. 1126.] Motion of

the Solicitor General for leave to participate in oral argument as *amicus ·curiae* and for divided argument denied.